No. 84–5398. EARNHART v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5401. MURIETTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5444. WRIGHT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5454. STAPLES v. TOWNE ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5535. MORGAN v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 84–5572. BATES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5616. OUELLETTE v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 84–5622. JOOST v. MACMAHON C. A. 2d Cir. Certiorari denied.

No. 84–5640. BRAY v. HOWARD UNIVERSITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–5644. VANDROSS v. PALMETTO SAVINGS & LOAN ASSN. Ct. Common Pleas, Marion County, S. C. Certiorari denied.

No. 84–5650. PIHLBLAD v. STARKE COUNTY WELFARE DEPARTMENT. Sup. Ct. Ohio. Certiorari denied.

No. 84–5675. HANKERSON v. REASBECK ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5707. O'BRIEN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 84–5721. DRAPER v. MEDICAL DEPARTMENT, JAMES RIVER CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.